UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH ABDULLAH,

          Plaintiff,                         No. Civ. S-04-1736 FCD/KJM

          v.                                **O R D E R**

EMERALD PLACE APARTMENTS, et al.,

          Defendants.

_____/

      The parties in the above-captioned case have filed a Joint Status Report consenting to the referral of this action to the assigned Magistrate Judge.  See 28 U.S.C. §636(c).  According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

      The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

      IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kimberly J. Mueller.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. Civ. S-04-1736 KJM.  All currently scheduled dates presently set before Judge Damrell are hereby **VACATED**.

DATED: May 20, 2005

                                  /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL, Jr.
                                  UNITED STATES DISTRICT JUDGE

1

2        Having also reviewed the file, I accept reference of this case for all further proceedings

and entry of final judgment.

3

DATED:  May 23, 2005.

4

5

6                                            _____
                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28