IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ABDULLAH,

    Plaintiff,                     No. CIV S-04-1736 KJM

    vs.

EMERALD PLACE APARTMENTS, et al.,

    Defendant.                <u>ORDER</u>

_____/

        A status conference was held in this matter on October 5, 2005 before the undersigned. Reuben Nathan appeared telephonically for plaintiff. Ronald Peck appeared telephonically for defendant. Upon consideration of the joint status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

        2. Discovery, including the hearing of discovery motions, shall be completed by April 26, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

1        3.  Dispositive motions, other than discovery motions, shall be noticed to be
2  heard by June 28, 2006.
3        4.  The pretrial conference is set for September 6, 2006 at 11:00 a.m. before the
4  undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.
5        5.  Trial of this matter is set for November 6, 2006 at 10:00 a.m. before the
6  undersigned.  The parties shall file trial briefs in accordance with  Local Rule 16-285.
7        6.  Defense counsel Peck shall register with the Court's electronic filing system,
8  CM/ECF, within fourteen days from the date of this order.
9        7.  The parties are reminded that all documents filed with the court must bear the
10  case no. CIV S-04-1736 **KJM.**
11  DATED:  October 17, 2005.

                                        UNITED STATES MAGISTRATE JUDGE

006
abdullah.oas