Ross Cornell, (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
813 East Balboa Boulevard
Newport Beach, California 92663
(949) 723-1794

Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:    (949) 486-1889
E-mail: r.n@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>         Plaintiff,<br><br>    v.<br><br>EMERALD PLACE APARTMENTS; JOHN L. EVILSIZOR; MARY A. EVILSIZOR and Does 1 through 10, inclusive.<br><br>         Defendants. | Case No.:  CIV.S-04-1736 KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>F.R.Civ.P. 41(a)(1) |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

Pursuant to F.R.Civ.P. 41(a)(1), Plaintiff Joseph Abdullah and Defendants Emerald Place Apartments, John L. Evilsizor and Mary A. Evilsizor, through their attorneys' undersigned, stipulate and agree that above-captioned matter may be dismissed as to all claims and all Defendants, with prejudice, each party to bear his own costs and attorney's fees.

DATED: December 6, 2005                    **AZIMY & NATHAN, LLP**

By: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff,
Joseph Abdullah

DATED: December 6, 2005    **LAW OFFICES OF KERI A. EVILSIZOR**

By: /s/ Keri A. Evilsizor, Esq. as authorized on December 6, 2005
Keri A. Evilsizor, Esq.
Attorney for Defendants,
Emerald Place Apartments, John L.
Evilsizor and Mary A. Evilsizor

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

**ORDER**

As provided by the stipulation of the parties, **IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all Defendants, with prejudice, each party to bear its own costs and attorney's fees.

Dated: December 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF DISMISSAL AND ORDER THEREON**